[No. 27936-3-II. Division Two. October 10, 2002.]

*In the Matter of the Estate of* JUSTINA L. COSTALES.

FE WENCESLAO VENTURINI, ET AL., *Appellants*, v. ANGELITA C. NABORS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-4-00785-1, Katherine M. Stoltz, J., entered September 14, 2001. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 28359-0-II. Division Two. October 10, 2002.]

ELMER G. GILMAN, *Appellant*, v. DAVID M. SMALL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-10184-1, Karen L. Strombom, J., entered December 7, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 49262-4-I. Division One. October 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ESAIAS TECLE, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 00-1-07445-6, Paris K. Kallas, J., entered July 3 and 20, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49276-4-I. Division One. October 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAAC RAY GRANT, SR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02396-5, James A. Doerty, J., entered September 17, 2001. *Reversed* by unpublished per curiam opinion.